UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                        CASE NO. 04 B 19185
   JUDITH A LATKO
                                              CHAPTER 13

                                              JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-8717
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

The case was filed on 05/17/2004 and was confirmed 08/30/2004.

The plan was confirmed to pay secured creditors 100% and unsecured creditors  35.46%.

The case was paid in full 08/25/2008.

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| BANK OF AMERICA | SECURED | 3222.60 | 183.94 | 3222.60 |
| ROUNDUP FUNDING LLC | UNSECURED | 6130.46 | .00 | 2173.92 |
| CAPITAL ONE | UNSECURED | NOT FILED | .00 | .00 |
| SHERMAN ACQUISITION | UNSECURED | 10472.25 | .00 | 3713.56 |
| DISCOVER BANK | UNSECURED | NOT FILED | .00 | .00 |
| MBNA | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 6831.68 | .00 | 2422.58 |
| CAVALRY INVESTMENTS | UNSECURED OTH | 4533.39 | .00 | 1607.63 |
| JOSEPH J CARDINAL | DEBTOR ATTY | 435.00 | | 435.00 |
| TOM VAUGHN | TRUSTEE | | | 872.78 |
| DEBTOR REFUND | REFUND | | | 18.82 |

Summary of Receipts and Disbursements:

---

| | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| TRUSTEE | 14,650.83 | |
| PRIORITY | | .00 |
| SECURED | | 3,222.60 |
|     INTEREST | | 183.94 |
| UNSECURED | | 9,917.69 |
| ADMINISTRATIVE | | 435.00 |
| TRUSTEE COMPENSATION | | 872.78 |
| DEBTOR REFUND | | 18.82 |
| TOTALS | 14,650.83 | 14,650.83 |

PAGE  1 - CONTINUED ON NEXT PAGE
           CASE NO. 04 B 19185 JUDITH A LATKO

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 11/20/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE